NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN MITNICK, *as assignee for the benefit of creditors of A.E. Seafood Distributions, Inc. d/b/a Oceanline Seafood*,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AQUANITA FOODS d/b/a AQUANITA FOODS, ARK SEAFOOD, INC., CARAVAN INC., CENSEA, INC., D & E IMPORTS, LLC, FRESH CATCH INC., H&N FOODS INTERNATIONAL, INC., CapitalSea LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 17-13181 (SDW) (LDW)<br><br>**ORDER**<br><br>May 16, 2018 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated April 30, 2018, which recommends that Plaintiff's Motion to Remand be granted and his request for attorney's fees be denied. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 11) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:　 Parties
　　　 Magistrate Judge Wettre